IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY TYRONE JACKSON JR.,<br><br>Defendant. | No. 4:23-cr-00069-RGE-HCA<br><br>TRIAL<br>WITNESS LIST |
|---|---|

## GOVERNMENT WITNESSES

| NAME | DATE | TIME | |
| --- | --- | --- | --- |
| | | START | STOP |
| **Brandon Holtan, Des Moines Police Dept.** | 10/2/2023 | **1:32 p.m.** | **3:36 p.m.** |
| Direct | | 1:32 p.m. | 2:44 p.m. |
| Direct, continued | | 3:06 p.m. | 3:32 p.m. |
| Cross | | 3:32 p.m. | 3:36 p.m. |
| Re-direct | | - | - |
| **Anthony Ballantini, Des Moines Police Dept.** | 10/2/2023 | **3:37 p.m.** | **4:05 p.m.** |
| Direct | | 3:37 p.m. | 4:05 p.m. |
| Cross | | - | - |
| **Brian Buck, Des Moines Police Dept.** | 10/2/2023 | **4:07 p.m.** | **4:22 p.m.** |
| Direct | | 4:07 p.m. | 4:21 p.m. |
| Cross | | 4:21 p.m. | 4:22 p.m. |
| Re-direct | | - | - |
| **Peter Wilson, Des Moines Police Dept.** | 10/2/2023 | **4:22 p.m.** | **4:31 p.m.** |
| Direct | | 4:22 p.m. | 4:31 p.m. |
| Cross | | - | - |

| Kristina Whitver, United States Probation Office | 10/3/2023 | 8:44 a.m. | 8:55 a.m. |
|---|---|---|---|
| Direct | | 8:44 a.m. | 8:53 a.m. |
| Cross | | 8:54 a.m. | 8:55 a.m. |
| Re-direct | | - | - |
| **Jeffrey George, Des Moines Police Dept.** | 10/3/2023 | 8:57 a.m. | 9:03 a.m. |
| Direct | | 8:57 a.m. | 9:03 a.m. |
| Cross | | - | - |
| **Special Agent Thomas Smith, Drug Enforcement Agency** | 10/3/2023 | 9:06 a.m. | 10:29 a.m. |
| Direct | | 9:06 a.m. | 10:26 a.m. |
| Cross | | 10:26 a.m. | 10:29 a.m. |
| Re-direct | | - | - |
| **Brandon Holtan, Des Moines Police Dept. (recall)** | 10/3/2023 | 10:49 a.m. | 11:07 a.m. |
| Direct | | 10:49 a.m. | 11:07 a.m. |
| Cross | | - | - |

# DEFENSE WITNESSES

| NAME | DATE | TIME | |
|---|---|---|---|
| | | START | STOP |
| No witnesses. | | | |